UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **AMORY INVESTMENTS LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CARGILL, INC., ET AL.,**<br><br>    Defendants. | Case No. 22-cv-01506-JRT-JFD |
| **ASSOCIATED GROCERS, INC., ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**CARGILL, INC., ET AL.,**<br><br>    Defendants. | Case No. 22-cv-01561-JRT-JFD |
| **CHENEY BROTHERS, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CARGILL, INC., ET AL.,**<br><br>    Defendants. | Case No. 22-cv-01505-JRT-JFD |

| | |
|---|---|
| **GIANT EAGLE, INC.,** <br><br>      **Plaintiff,** <br><br>      v. <br><br>**CARGILL, INC., ET AL.,** <br><br>      **Defendants.** | Case No. 22-cv-01724-JRT-JFD |
| **SUBWAY PROTEIN LITIGATION CORP., AS LITIGATION TRUSTEE OF THE SUBWAY PROTEIN LITIGATION TRUST,** <br><br>      **Plaintiff,** <br><br>      v. <br><br>**CARGILL, INC., ET AL.,** <br><br>      **Defendants.** | Case No. 22-cv-01504-JRT-JFD |
| **SYSCO CORPORATION,** <br><br>      **Plaintiff,** <br><br>      v. <br><br>**CARGILL, INC., ET AL.,** <br><br>      **Defendants.** | Case No. 22-cv-01750-JRT-JFD |

## **ORDER**

Pursuant to the Stipulation for Extension of Time to File Answers filed on August 4, 2022, by Defendants Cargill Meat Solutions Corporation; Cargill, Inc.; JBS Packerland,

Inc.; JBS S.A.; JBS USA Food Company; National Beef Packing Company, LLC; Swift Beef Company; Tyson Foods, Inc.; and Tyson Fresh Meats, Inc. (collectively "Defendants") and Plaintiffs Amory Investments LLC; Associated Grocers, Inc., *et al.*[1]; Cheney Brothers, Inc.; Giant Eagle, Inc.; Subway Protein Litigation Corp., as Litigation Trustee of the Subway Protein Litigation Trust; and Sysco Corporation (collectively "Plaintiffs"), **IT IS HEREBY ORDERED THAT**:

1. On or before August 8, 2022, Plaintiffs shall designate one of their Complaints to which Defendants must answer.

2. Each Defendant shall file an answer to that designated Complaint on or before September 1, 2022.

3. The Parties shall continue to meet and confer regarding the timing of Defendants' answers to the five other Complaints.

**IT IS SO ORDERED**.

August 5, 2022        s/ *John F. Docherty*
                     The Honorable John F. Docherty
                     United States Magistrate Judge

---

[1] Additional Plaintiffs include Action Meat Distributors, Inc.; Affiliated Foods, Inc.; Alex Lee, Inc.; Associated Food Stores, Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Colorado Boxed Beef Co.; Prefco Distribution, LLC; The Golub Corporation; Nicholas & Co., Inc.; PFD Enterprises, Inc.; Springfield Grocer Company; The Distribution Group, Inc.; Topco Associates, LLC; Troyer Foods, Inc.; Unipro FoodService, Inc.; and URM Stores, Inc. (collectively, the "Associated Grocers Plaintiffs").