**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE CATTLE AND BEEF ANTITRUST
LITIGATION

MDL No. 22-3031 (JRT/JFD)

*This Document Relates To:*

*In re: Cattle and Beef Antitrust Litigation*,
MDL No. 22-3031 (JRT/JFD)

*Associated Grocers, Inc., et al v. Cargill, Inc., et al*, Civil No. 22-1561 (JRT/JFD)

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF BROOKSHIRE GROCERY COMPANY'S DIRECT ACTION PURCHASER CLAIMS AND CAUSES OF ACTION AGAINST CARGILL DEFENDANTS**

---

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Brookshire Grocery Company ("BGC") and Defendants Cargill, Inc., and Cargill Meat Solutions Corporation (a/k/a Cargill Protein a/k/a Cargill Protein – North America) (together, the "Cargill Defendants"), by and through their undersigned counsel, filed a Stipulation of Dismissal Without Prejudice.  (Stipulation of Dismissal Without Prejudice, May 7, 2024, Docket No. 685.)  Pursuant to the Stipulation, and finding good cause shown, **IT IS HEREBY ORDERED THAT** the Stipulation of Dismissal Without Prejudice [Docket No. 685] is **GRANTED** as follows:

1.      The Stipulation of Dismissal Without Prejudice ("Stipulation") is between BGC and the Cargill Defendants only.

2.      The Stipulation relates only to the direct action purchaser ("DAP") claims and causes of action asserted by BGC against the Cargill Defendants in *In re: Cattle and*

*Beef Antitrust Litigation*, MDL No. 22-3031 (JRT/JFD) and *Associated Grocers, Inc., et al v.*

*Cargill, Inc., et al*, Civil No. 22-1561 (JRT/JFD) (together, the "Actions"), and has no bearing

or impact in any way whatsoever on (i) BGC's DAP claims and causes of action against any

Defendant other than the Cargill Defendants in the Actions, and/or (ii) BGC's right to

participate as an absent class member and share in any recovery in any class action

brought against the Cargill Defendants as part and parcel of the Actions.

3.      In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), therefore,

BGC and the Cargill Defendants stipulate and agree to the **DISMISSAL**, **WITHOUT**

**PREJUDICE**, of all BGC's DAP claims and causes of action asserted against the Cargill

Defendants in the Actions, with each party bearing its own attorneys' fees, litigation

expenses, and court costs.

DATED:  May 10, 2024                          ___s/John R. Tunheim___
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                              United States District Judge